### 16824. MAYS *v.* THE STATE.

BROYLES, C. J. While the evidence in this case was circumstantial, it was sufficient to authorize the jury to find that it excluded every reasonable hypothesis save that of the guilt of the accused.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 16, 1925.

Conviction of larceny of chickens; from city court of Hall county—Judge Sloan. September 11, 1925.

*B. P. Gaillard Jr.,* for plaintiff in error.

*E. D. Kenyon, solicitor,* contra.